IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY PRATT,

        Plaintiff,                      No. CIV S-05-1392 GEB DAD P

    vs.

BPT, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Good cause appearing, plaintiff's motion will be honored.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's July 17, 2006 motion for voluntary dismissal is granted.

        2. This action is dismissed, and the Clerk shall close the case.

DATED: July 24, 2006.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
prat1392.59